**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-2272**

MIYUKI MAUREEN JOHNSON, Pro Se Attorney for Self,

Plaintiff - Appellant,

v.

COL. ERIC EDWARDS, in his Individual and Personal Capacity; COL. CLEM DONALD MCDUFF, in his individual and personal capacity; GS-13 CARLA M. LAIRD, in her individual and personal capacity; GS-15 ANDREA V. GARDENER, in her individual and personal capacity,

Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Columbia. Shiva Vafai Hodges, Magistrate Judge. (3:17-cv-01122-JFA-SVH)

Submitted: March 13, 2018                     Decided: March 15, 2018

Before NIEMEYER, KING, and WYNN, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Miyuki Maureen Johnson, Appellant Pro Se. Terri Hearn Bailey, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Columbia, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Miyuki Maureen Johnson seeks to appeal the magistrate judge's text order denying her motion for default judgment. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The order Johnson seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*